Lewis v Sulaiman (2023 NY Slip Op 03168)

Lewis v Sulaiman

2023 NY Slip Op 03168

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, BANNISTER, MONTOUR, AND OGDEN, JJ.

1029 CA 21-01515

[*1]MARY BETH LEWIS, INDIVIDUALLY AND AS COURT- APPOINTED GUARDIAN OF THE PERSON AND PROPERTY OF KRISTINA MARIE LEWIS, PURSUANT TO ARTICLE 81 OF THE NEW YORK STATE MENTAL HYGIENE LAW, PLAINTIFF-RESPONDENT,
v
ROSALIND SULAIMAN, M.D., CHRISTOPHER M. OCCHINO, M.D., DEFENDANTS, MERCY HOSPITAL OF BUFFALO AND CATHOLIC HEALTH SYSTEM, INC., DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

BARGNESI BRITT PLLC, BUFFALO (JASON T. BRITT OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
CHERUNDOLO LAW FIRM, PLLC, SYRACUSE (PETER C. PAPAYANAKOS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered August 23, 2021. The order, among other things, denied in part the motion of defendants Mercy Hospital of Buffalo and Catholic Health System, Inc. for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Lewis v Sulaiman ([appeal No. 1] — AD3d — [June 9, 2023] [4th Dept 2023]).
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court